### 3001. EDWARDS *v.* BOND.

POWELL, J. The evidence fully authorized the verdict. The instructions of the court were pertinent and correct. *Judgment affirmed.*

DECIDED APRIL 24, 1911.

Complaint; from city court of Eastman—W. A. Wooten, judge pro hac vice. September 9, 1910.

*D. D. Smith, J. H. Roberts,* for plaintiffs in error.
*W. M. Morrison, J. A. Neese,* contra.